**Order filed December 3, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00693-CV

———————

**JOHN GANNON, INC., Appellant**

**V.**

**21333 INVESTMENTS, INC., Appellee**

**and**

**21333 INVESTMENTS, INC., Appellant**

**V.**

**JOHN GANNON, INC., Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-67138**

## ORDER

The parties filed an agreed motion to set the number, due dates, and word limits of the briefs in this matter. Their motion is granted. The parties will be permitted to file the following briefs:

(1) John Gannon, Inc.'s (Gannon) opening brief is due February 2, 2021 and not to exceed 15,000 words;

(2) 21333 Investments, Inc.'s (Investments) opening brief and responsive brief is due 30 days after Gannon's opening brief is filed and not to exceed 19,500 words in the aggregate with neither subpart to exceed 15,000 words;

(3) Gannon's responsive brief and reply brief (if any) is due 20 days after Investments' opening brief is filed and not to exceed 12,000 words in the aggregate with the Reply subpart of the brief not to exceed 7,500; and

(4) Investments' reply brief (if any) is due 20 days after Gannon's responsive brief is filed and not to exceed 7,500 words.

PER CURIAM

Panel Consists of Justices Bourliot, Zimmerer, and Spain.